IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00645-GPG

LAWRENCE GONZALES,

    Plaintiff,

v.

DENVER HARDWOOD CO INC,
DOUGLAS J. HAMAR, President,
DEBRA YOUNG, Secretary Treasurer, and
JULIE A. HAMAR, Board of Directors,

    Defendants.

## ORDER TO FILE AMENDED TITLE VII COMPLAINT

Plaintiff Lawrence Gonzales initiated this action by filing *pro se* a Complaint and an Application to Proceed in District Court Without Prepaying Fees or Costs. He has been granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Magistrate Judge Gordon P. Gallagher reviewed the Complaint, entered an Order to Amend on April 2, 2015, and directed Plaintiff to file an Amended Complaint that complies with Fed. R. Civ. P. 8. Plaintiff also was directed to state the proper authority for jurisdiction in this Court and state specifically what named defendants did to violate his rights. Plaintiff filed an Amended Complaint, ECF No. 8, on May 4, 2015, pursuant to Title VII.

The Court must construe the Title VII Complaint liberally because Plaintiff is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court does not act as

an advocate for a *pro se* litigant.  See *Hall*, 935 F.2d at 1110.  For the reasons discussed below, Plaintiff will be given one final opportunity to cure the remaining defect in his pleadings.

Plaintiff has failed to provide the requested information in paragraph eight on Page Three of the Title VII complaint form and state what date he received a notice of right to sue letter from the EEOC.  Plaintiff should attach relevant documentation demonstrating his exhaustion of administrative remedies, if possible.  Accordingly, it is

ORDERED that Plaintiff file, **within thirty days from the date of this Order**, an Amended Title VII Complaint that complies with the directives in this Order.  It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved Title VII Complaint form, along with the applicable instructions, at www.cod.uscourts.gov, and shall use the court-approved form in filing the Amended Title VII Complaint.  It is

FURTHER ORDERED that, if Plaintiff fails to file an Amended Title VII Complaint that complies with this Order within the time allowed, the action may be subject to dismissal without further notice.

DATED June 2, 2015, at Denver, Colorado.

                                                BY THE COURT:

                                                S/ Gordon P. Gallagher

                                                United States Magistrate Judge