IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00645-GPG

LAWRENCE GONZALES,

    Plaintiff,

v.

DENVER HARDWOOD CO INC,
DOUGLAS J. HAMAR, President,
DEBRA YOUNG, Secretary/Treasurer, and
JULIE A. HAMAR, Board of Directors,

    Defendants.

## ORDER DRAWING CASE

After review pursuant to 28 U.S.C. § 1915, the Court has determined that this case does not appear to be appropriate for summary dismissal and should be drawn to a **presiding** judge, and when applicable to a **magistrate** judge. *See* D.C.COLO.LCivR 40.1(a). Accordingly, it is

ORDERED that this case shall be drawn to a **presiding** judge, and when applicable to a **magistrate** judge.

DATED July 8, 2015, at Denver, Colorado.

BY THE COURT:

S/ Gordon P. Gallagher

United States Magistrate Judge